UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA BULGARI,
Plaintiff,

-against-

JAN BOYER et al.,
Defendants.

26 Civ. 2289 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 25, 2026, Defendants filed a pre-motion letter seeking to file a motion to dismiss the Complaint.

WHEREAS, on July 2, 2026, Plaintiff filed a response letter seeking to amend the Complaint to allege additional facts.

WHEREAS, on July 10, 2026, Magistrate Judge Lehrburger directed Plaintiff to file a proposed Amended Complaint by July 15, 2026. It is hereby

**ORDERED** that Defendants' June 25 request is denied without prejudice as moot. It is further

**ORDERED** that to the extent Defendants wish to file a motion to dismiss the Amended Complaint, Defendants shall file a renewed pre-motion letter after the Amended Complaint is filed.

Dated: July 13, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE