UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| VERONICA BULGARI, Plaintiff, - against - JAN BOYER, et al., Defendants. | | 26-CV-2289 (LGS) (RWL) **ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Defendant Jonathan Leo's request at Dkt. 65 for a protective order regarding the date of his deposition, currently noticed for October 8, 2026. (*See also* response at Dkt. 66.) The request is resolved as follows.

1. The request for a protective order is granted insofar as Mr. Leo's deposition need not proceed on October 8, 2026, notwithstanding the issue having been raised so close to the deposition date rather than closer to when the notice was first served.

2. The deposition of Mr. Leo shall be rescheduled to go forward by **October 21, 2026**, unless the parties agree otherwise. Plaintiffs should bear in mind that if they proceed with deposing Mr. Leo before resolution of the discovery issues referenced in Leo's application (i.e., Defendants' responses to Plaintiff's interrogatories and document requests), then absent good cause Plaintiffs may not later seek another deposition with Mr. Leo based on the fact that those discovery issues had not been resolved (and thus Plaintiff did not yet have documents and information responsive to those requests) prior to Mr. Leo's first deposition.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 7, 2026
New York, New York

Copies transmitted this date to all counsel of record.