UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| VERONICA BULGARI,<br><br>Plaintiff,<br><br>- against -<br><br>JAN BOYER, et al.,<br><br>Defendants. | : | 26-CV-2289 (LGS) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held via Microsoft Teams on November 12, 2026:

1. The parties shall meet and confer, and by Monday **November 16, 2026**, counsel for Ilaria Bulgari and Mr. Boyer shall inform Plaintiff of their position with respect to discovery concerning transfers out of the 2022 Trust and related account statements. By Tuesday **November 17, 2026**, the parties shall file a letter reporting on status of this issue.

2. In general, Plaintiff is entitled to production of communications about: creation of the 2022 Trust; change of terms from those of the Ilaria Trust; whether and to what extent to maintain reserves; and whether and to what extent to disclose or not disclose to Plaintiff (individually or as trustee of the Family Trusts) creation and existence of the 2022 Trust. The parties shall meet and confer about the precise scope of production.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 63.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 12, 2026
New York, New York

Copies transmitted this date to all counsel of record.